United States District Court
Southern District of Texas
**ENTERED**
October 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GLEN ALEXANDER CASTILLO, Petitioner, | § | CIVIL ACTION NUMBER 4:26-cv-08566 |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| MARKWAYNE MULLIN, *et al*, Respondents. | § | |

**ORDER ON DISMISSAL**

Petitioner Glen Alexander Castillo filed a petition for writ of *habeas corpus* under 28 USC §2241 on September 30, 2026. Dkt 1. The next day, he filed a notice of voluntary dismissal without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Dkt 5.

This action is DISMISSED WITHOUT PREJUDICE.

Counsel for Petitioner is ORDERED to provide notice of this action and dismissal with any subsequent filing of a petition for writ of *habeas corpus* on behalf of Petitioner.

Failure to provide such notice may subject counsel to the potential for sanctions.

It is further ORDERED that the Clerk will email this Order to USATXS.CivilNotice@usdoj.gov to provide notice of this action to Respondents.

SO ORDERED.

Signed on October 6, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge